UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARINA ISKHAKOVA, on behalf of herself and
all others similarly situated,
    Plaintiff,

v.

CASE NO.: 1:22-cv-1280

Associated Supermarket Group, LLC

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 16, 2022

| For Plaintiff Marina Iskhakova | For Defendant Associated Supermarket Group, LLC |
|---|---|
| /s Mark Rozenberg<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | s/Cali Lynn Chandiramani<br>Cali Lynn Chandiramani<br>Goldberg Segalla<br>711 Third Ave Suite 1900<br>New York, NY 10017<br>Ph: 646-292-8788<br>Cchandiramani@goldbergsegalla.com |

**So Ordered.**
s/Nicholas G. Garaufis
_____
**Hon. Nicholas G. Garaufis**
**Date:** 9/23/22